USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
                                                                :
   In re DITECH HOLDING CORPORATION,          :
                                                                :
                              Debtor.          :          1:25-cv-2064-GHW
----------------------------------------------------------------X
                                                                :                  ORDER
   JAMES RAY,                                  :
                                                                :
                    Appellant,           :
                                                                :
      v.                                        :
                                                                :
   STACEY TUTT,                               :
                                                                :
                  Appellee.            :
----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

     This appeal has been assigned to me for all purposes.  Pursuant to Federal Rule of

Bankruptcy Procedure 8018, Appellant's brief must be served and filed no later than April 11, 2025;

Appellee's brief must be served and filed within 30 days after service of Appellant's brief; and

Appellant may serve and file a reply brief within 14 days after service of Appellee's brief.

     SO ORDERED.

Dated:  March 13, 2025
New York, New York
                                      _____
                                    GREGORY H. WOODS
                             United States District Judge