## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
In re: DITECH HOLDING CORPORATION,

                        Debtor.
-----------------------------------------------------------------X
JAMES RAY,

                        Appellant,                  25 **CIVIL** 2064 (GHW)

      -against-                                                      **JUDGMENT**

STACEY TUTT,

                        Appellee.
-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated November 11, 2025, the Bankruptcy Court's order disallowing Mr. Ray's claim is AFFIRMED in part and VACATED in part, and the Court REMANDS this case for further proceedings consistent with the opinion. The Court has affirmed the Bankruptcy Court's order as it relates to his claim under the HAMP, TILA, the FDCPA, and RESPA with respect to the 2012 loan modification request. However, the Court directs the Bankruptcy Court to consider a claim under RESPA's loss mitigation rule as it relates to the alleged 2016 and 2017 attempts to apply for loan modification. The Court also directs the Bankruptcy Court to determine whether Mr. Ray has pleaded a claim under SCUTPA. Finally, the Court directs that the Bankruptcy Court determine whether Mr. Ray should be granted leave to amend his proof of claim. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose

of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962). The Court requests that counsel for Appellee provide Appellant with copies of unpublished cases cited in this decision pursuant to Local Rule of the United States District Courts for the Southern and Eastern Districts of New York 7.2.

**Dated:**  New York, New York
November 17, 2025

                                      **TAMMI M. HELLWIG**
                                      **Clerk of Court**

**BY:**  *K. Mango*

                                      **Deputy Clerk**